### SARAH C. ORTH v. FRANK D. M. DAVIS, CIRCUIT JUDGE OF MONTCALM COUNTY.

ACTION.—FOR THE NEGLIGENT SETTING OF FIRE—SURVIVAL OF.

Relator applied for *mandamus* to compel the respondent to set aside an order dismissing a case commenced by relators husband, in his life time, to recover the value of property destroyed by the alleged negligent setting of fire by the defendant, said case having been revived in relator's name, as executrix, and to reinstate the case. An order to show cause was denied, error being the proper remedy.

*George H. Cagwin, for relator.*

The facts as set forth in the petition for *mandamus* were as follows:

a—That the husband of the relator brought suit in his life time against the village of Carson City to recover damages for the destruction by fire of his saw-mill and other property, originating, as claimed, from sparks escaping from the smoke stack of the water works engine house of the defendant on account of its failure to equip the smoke stack with a suitable hood or spark arrester.

b—That after the joining of issue the plaintiff died, and the case was regularly revived in the name of relator as executrix.

c—That thereupon the defendant moved the court for an order dismissing the case for the reason that the cause of action did not survive to the relator as executrix, but to the heirs at law of the testator, which motion was granted.